UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN C. REAVIS III | CIVIL ACTION |
| VERSUS | NO. 15-1982 |
| WARDEN HEDGEMAN | SECTION "I"(2) |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Warren C. Reavis, III, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Therefore,

**IT IS ORDERED** that the petition of Warren C. Reavis III for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of November, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE